IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MONROE McCOY | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv373-F |
| | ) | WO |
| UNITED STATES OF AMERICA | ) | |

**ORDER ON MOTION**

On February 22, 2005, movant Monroe McCoy filed a *motion for status* as to his motion to amend his 28 U.S.C. § 2255 motion. (Doc. 11.) On March 2, 2005, the court entered an order granting McCoy's motion to amend. Accordingly, it is

ORDERED that the *motion for status* (Doc. 11) be and hereby is DENIED as moot.

DONE, this 18th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE