IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

MONROE McCOY, #10606-002,           )
                                    )
        Petitioner,                 )
v.                                  )   CASE NO. 2:04-cv-373-MEF
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Respondent.                 )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #23)

filed on July 13, 2006 are OVERRULED;

(2)  The Recommendation of the United States Magistrate Judge entered on June 28,

2006 (Doc. #22) is ADOPTED;

(3)  The 28 U.S.C. § 2255 motion, as amended, filed by McCoy is DENIED, as the

claims therein entitled him to no relief.

DONE this the 28th day of August, 2006.


                        _____/s/ Mark E. Fuller_____
                        CHIEF UNITED STATES DISTRICT JUDGE